IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOSE AMILCAR AGUILAR,

        PLAINTIFF,           Civil Action No. 2:14-cv-07963-SDW-SCM

vs.

FEDERAL NATIONAL MORTGAGE    NOTICE OF APPEARANCE FOR
ASSOCIATION, FANNIE MAE, JOHN   DOUGLAS D. BURGESS, ESQ., ON BEHALF
DOE (name being fictitious) and ABC    OF PLAINTIFF
CORP/ (name being fictitious),

        DEFENDANTS.

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters an appearance as counsel of record on behalf of Plaintiff named as Jose Amilcar Aguilar in the above entitled action.

**PLEASE TAKE FURTHER NOTICE** that copies of all papers served in this matter should be served upon the undersigned.

DATED:    January 8, 2015                      By: _____
                                                                     Douglas D. Burgess, Esq.
                                                                     **ICAZA & BURGESS, P.C.**
                                                                     550 Broad Street, Suite 703
                                                                     Newark, New Jersey 07102
                                                                     (973) 799-0700
                                                                     (973) 799-0009 – Fax
                                                                     Attorneys for Plaintiff